# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Ryan Paul VanGorden
                Debtor(s)

BK NO. 22-01860 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation, and index same on the master mailing list.

                Respectfully submitted,

                /s/ Brian C. Nicholas
                Brian Nicholas
                05 Oct 2022, 16:29:29, EDT

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322