UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

CASE NO: 5-22-01860-MJC

RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on October 13, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on September 28, 2022.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

- **A COMPLETE LIST OF CREDITORS**

3. In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

   Case Number: 5-21-00569-HWV
   Counsel: PRO SE
   Filing Date: 03/22/21    Date Dismissed: 05/05/21
   Total Payments: $0.00    Chapter: 13
   Result: Dismissed for failure to file a complete list of creditors

   Case Number: 5-20-00709-RNO
   Counsel: PRO SE
   Filing Date: 02/27/20    Date Dismissed: 04/01/20
   Total Payments: $0.00    Chapter: 13
   Result: Dismissed for failure to file information

   Case Number: 5-19-00393-RNO
   Counsel: PHILIP W. STOCK, ESQUIRE
   Filing Date: 01/30/19    Date Dismissed: 08/28/19
   Total Payments: $810.00    Chapter: 13
   Result: Dismissed for failure to file a confirmable plan

Case Number: 5-18-02697-JJT  
Counsel: VINCENT RUBINO, ESQUIRE  
Filing Date: 06/27/18                    Date Dismissed: 01/10/19  
Total Payments: $0.00                    Chapter: 13  
Result: Dismissed for failure to make plan payments  
_____

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of four (4) prior Chapter 13 petitions within a four (4) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of conference, and/or hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 365 days from the entry of this dismissal.

                      Respectfully submitted,

                      /s/ Agatha R. McHale, Esquire  
                      Id:   47613  
                      Attorney for Trustee  
                      Jack N. Zaharopoulos  
                      Standing Chapter 13 Trustee  
                      8125 Adams Drive, Suite A  
                      Hummelstown, PA   17036  
                      Phone:   (717) 566-6097  
                      email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RYAN PAUL VANGORDEN<br>VAN GORDEN QUICK LUBE,<br>VANGORDEN ENTERPRISES | CHAPTER 13 |
| | Debtor(s) | CASE NO: 5-22-01860-MJC |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | MOTION TO DISMISS WITH PREJUDICE |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for failure to file:

## A COMPLETE LIST OF CREDITORS

The debtor(s) filed a Chapter13 Bankruptcy Petition on September 28, 2022.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | | |
|---|---|---|
| U.S. Bankruptcy Court | Date: | November 8, 2022 |
| Max Rosenn U.S. Courthouse | Time: | 09:30 AM |
| 197 S. Main Street | | |
| Wilkes Barre, PA | | |

Objections/responses are due on or before October 27, 2022. The hearing as scheduled will be held regardless of any objections or responses having been filed.

/s/ Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

Dated:  October 13, 2022

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RYAN PAUL VANGORDEN<br>VAN GORDEN QUICK LUBE,<br>VANGORDEN ENTERPRISES | CHAPTER 13 |
| | Debtor(s) | |
| | | CASE NO: 5-22-01860-MJC |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | MOTION TO DISMISS WITH PREJUDICE |
| | Movant | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 13, 2022, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

United States Trustee
228 Walnut Street
Suite 1190                                                         SERVED ELECTRONICALLY
Harrisburg, PA   17101

RYAN PAUL VANGORDEN
400 SAWMILL RD.
STROUDSBURG, PA   18360                              SERVED BY 1ST CLASS MAIL

/s/ Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-01860-MJC

vs.

RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

    Respondent(s)

### ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 365 days from the date of this order without prior court order.