# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RYAN PAUL VANGORDEN
           VAN GORDEN QUICK LUBE,
           VANGORDEN ENTERPRISES

           Debtor(s)           CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant

vs.
           CASE NO: 5-22-01860-MJC

RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on October 14, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on September 28, 2022.

2. The Debtor(s) did not comply with the Credit Counseling requirements of 11 U.S.C. Sections 109(h) and 521(b).

3. In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

    Case Number: 5-21-00569-HWV
    Counsel: PRO SE
    Filing Date: 03/22/21    Date Dismissed: 05/05/21
    Total Payments: $0.00    Chapter: 13
    Result: Dismissed for failure to file a complete list of creditors

    ---

    Case Number: 5-20-00709-RNO
    Counsel: PRO SE
    Filing Date: 02/27/20    Date Dismissed: 04/01/20
    Total Payments: $0.00    Chapter: 13
    Result: Dismissed for failure to file information

    ---

    Case Number: 5-19-00393-RNO
    Counsel: PHILIP W. STOCK, ESQUIRE
    Filing Date: 01/30/19    Date Dismissed: 08/28/19
    Total Payments: $810.00    Chapter: 13
    Result: Dismissed for failure to file a confirmable plan

    ---

Case Number: 5-18-02697-JJT
Counsel: VINCENT RUBINO, ESQUIRE
Filing Date: 6/27/18                              Date Dismissed: 01/10/19
Total Payments: $0.00                             Chapter: 13
Result: Dismissed for failure to make plan payments
_____

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of four (4) prior Chapter 13 petitions within a four (4) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of conference, and/or hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 365 days from the entry of this dismissal.

                                                        Respectfully submitted,

                                                        /s/ Agatha R. McHale, Esquire
                                                        Id: 47613
                                                        Attorney for Trustee
                                                        Jack N. Zaharopoulos
                                                        Standing Chapter 13 Trustee
                                                        8125 Adams Drive, Suite A
                                                        Hummelstown, PA   17036
                                                        Phone:  (717) 566-6097
                                                        email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RYAN PAUL VANGORDEN<br>VAN GORDEN QUICK LUBE,<br>VANGORDEN ENTERPRISES | CHAPTER 13 |
| | Debtor(s) | CASE NO: 5-22-01860-MJC |
| | JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | MOTION TO DISMISS WITH PREJUDICE |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 14, 2022, I served a copy of this Motion to Dismiss with Prejudice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

United States Trustee
228 Walnut Street
Suite 1190                              SERVED ELECTRONICALLY
Harrisburg, PA   17101

RYAN PAUL VANGORDEN
400 SAWMILL RD.
STROUDSBURG, PA   18360                 SERVED BY 1ST CLASS MAIL

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   October 14, 2022

/s/  Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-22-01860-MJC

vs.

RYAN PAUL VANGORDEN
VAN GORDEN QUICK LUBE,
VANGORDEN ENTERPRISES

    Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

    Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 365 days from the date of this order without prior court order.