# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Ryan Paul VanGorden, | : | Case No. 5:22-bk-01860-MJC |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to File a Complete List of Creditors, Dkt. # 10 ("Motion"), no responses having been filed thereto, and after a hearing held on November 8, 2022, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy is hereby **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that Debtor is hereby **BARRED** from filing another bankruptcy case in this district for a period of 365 days from the date of this Order without prior court approval.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 8, 2022