# Notice Recipients

District/Off: 0314−5  User: AutoDocketer  Date Created: 11/9/2022
Case: 5:22−bk−01860−MJC  Form ID: pdf010  Total: 5

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr     Jack N Zaharopoulos (Trustee)    info@pamd13trustee.com
aty    Brian Nicholas    bnicholas@kmllawgroup.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Ryan Paul VanGorden         400 Sawmill Rd.         Stroudsburg, PA 18360
5498373    Pennsylvania Department of Revenue    Bankruptcy Division PO Box 280946    Harrisburg PA 17128−0946

TOTAL: 2